1  Name: Alexis Avalos Banks

2  Address: 5623 Rosscommon Way
   Antioch, CA 94531

3  Phone Number: 702-712-5016

4  E-mail Address: banks.alexisgreg@gmail.com

5  *Pro Se*

6
                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8  Gregory A Banks; Alexis Avalos; Estate      )  Case Number: C18-07391
   of Nathan Banks (Deceased)                  )
9                                              )  [PROPOSED] ORDER GRANTING
                                               )  MOTION FOR PERMISSION FOR
10                        Plaintiff,           )  ELECTRONIC CASE FILING
                                               )
11         vs.                                 )  DATE:
   Michael Mortimer et al.                     )  TIME:
12                                             )  COURTROOM:
                                               )  JUDGE:
13                                             )
                         Defendant.            )
14

15

16        The Court has considered the Motion for Permission for Electronic Case Filing.  Finding

17  that good cause exists, the Motion is GRANTED.

18

19        IT IS SO ORDERED.

20
          DATED:   2/27/2019         *Haywood S. Gill Jr.*
21
22                                   United States District/~~Magistrate~~ Judge

23

24

25

26

27

28