1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  CAMEREN N. RIPOLI (State Bar No. 318045)
   cameren.ripoli@mcnamaralaw.com
3  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
4  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
7  Attorneys for Defendants
   Officer Michael Mortimer, Detective James Colley, and City of Antioch

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Greg Banks; Alexis Avalos; Estate of Nathan Banks (Deceased),<br><br>Plaintiffs,<br><br>vs.<br><br>Officer Michael Mortimer, Detective James Colley, City of Antioch, County of Contra Costa, Contra Costa County Coroner David O. Livingston, Deputy District Attorney Barry Grove, James Alexander, Matthew P. Guichard and DOES,<br><br>Defendants. | Case No. C18-7391 HSG<br><br>**ORDER ON THE ANTIOCH DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF PENDING RULE 12 MOTIONS**<br><br>CMC Date: March 12, 2019<br>Time: 2:00 p.m.<br>Dept: Crtrm 2, 4th Floor – Oakland<br>Judge: Hon. Haywood S. Gilliam, Jr |

## **ORDER**

Pursuant to the Administrative Motion filed herein and good cause demonstrated, the current Case Management Conference set for March 12th is hereby continued to May 23, 2019, at 2:00 p.m. in the above courtroom to be held along with the pending motions to dismiss. The parties are ordered to file a Joint Case Management Conference Statement no later than one week prior to

the new date.

IT IS SO ORDERED

Dated: March 4, 2019

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam Jr., District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330