SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CORONER DAVID O. LIVINGSTON,
BARRY GROVE and JAMES ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BANKS; ALEXIS AVALOS; ESTATE OF NATHAN BANKS (Deceased), <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER MICHAEL MORTIMER, DETECTIVE JAMES COLLEY, CITY OF ANTIOCH, COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY CORONER DAVID O. LIVINGSTON, DEPUTY DISTRICT ATTORNEY BARRY GROVE, JAMES ALEXANDER, MATTHEW P. GUICHARD and DOES, <br><br> Defendants. | No. C18-07391 HSG <br><br> OPPOSITION OF DEFENDANTS COUNTY OF CONTRA COSTA, CORONER DAVID LIVINGSTON, BARRY GROVE AND JAMES ALEXANDER TO PLAINTIFFS' ADMINISTRATIVE MOTION RE INITIAL CASE MANAGEMENT CONFERENCE <br><br> Crtrm: 2, 4th Floor <br> Judge: Hon. Hayward S. Gilliam, Jr., Presiding <br> Date Action Filed: December 7, 2018 <br> Trial Date:   None Assigned |

Opposition to Plaintiffs' Administrative Motion re Initial Case Management Conference - Case No. C18-07391 HSG

1

1    Defendants County of Contra Costa, Coroner David Livingston, Deputy District Attorney Barry Grove and James Alexander (collectively "County-affiliated Defendants") hereby oppose Plaintiffs' Administrative Motion re initial Case Management Conference ("CMC") and discovery, ECF No. 39.  As discussed below, Plaintiffs fail to establish good cause to grant their motion.

Plaintiffs' request for an initial CMC is unwarranted in light of the pending motions to dismiss. *See, e.g.,* ECF No. 15.  Because these defendants' motion to dismiss is dispositive of all the claims against them, judicial economy supports resolving their motion prior to holding an initial CMC.

Plaintiffs' request for discovery is unwarranted in light of the pending motions to dismiss and the County's prior production of documents to Plaintiffs pursuant to California's Public Records Act in May of this year.  Notably, Plaintiffs contend that they are entitled to the discovery they seek under this act and, thus, presumably do not need formal discovery. *See* ECF No. 39 at 2.

In this situation, judicial efficiency and economy warrant denial of Plaintiffs' Administrative Motion.


DATED: September 16, 2019     SHARON L. ANDERSON
                              COUNTY COUNSEL

                              By:   */s/ D. Cameron Baker*
                                    D. CAMERON BAKER
                                    Deputy County Counsel

                              Attorneys for Defendants County of Contra Costa,
                              Coroner David O. Livingston, Barry Grove and James
                              Alexander