UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A BANKS, et al., <br> Plaintiffs, <br> v. <br> MICHAEL MORTIMER, et al., <br> Defendants. | Case No. 18-cv-07391-HSG <br><br> **ORDER REFERRING PLAINTIFFS TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

Plaintiffs, having requested and being in need of counsel to assist them in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiffs shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the referral order to the appropriate Project office. The scope of this referral shall be for:

    ( ) all purposes for the duration of the case

    (X) the limited purpose of representing the litigants in the course of: drafting and filing an amended complaint; briefing and hearing on any motions to dismiss, motions for summary judgment, and other pretrial motions; all discovery; and any settlement proceedings.

2. Upon being notified by the Project that an attorney has been located to represent Plaintiffs, that attorney shall be appointed as counsel for Plaintiffs in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiffs in this action. The October 21, 2019 for Plaintiffs to file an amended complaint is stayed and reset to eight weeks from the date an attorney is appointed to represent Plaintiffs in this action.

**IT IS SO ORDERED.**

Dated: 10/10/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge