UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Banks et al

        Plaintiff(s),

vs.

Mortimer et al

        Defendant(s).

Case Number: 4:18-cv-07391-HSG

ORDER APPOINTING COUNSEL

Because the plaintiffs have requested and are in need of counsel to assist them in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Elinor Leary (CB# 227232; E.Leary@veenfirm.com) of The Veen Firm, PC, (415) 673-4800, is hereby appointed as counsel for Mr. Banks and Ms. Avalos in this matter.

The scope of this referral shall be for:

- [x] all purposes for the duration of the case
- [ ] the limited purpose of representing the litigant in the course of
    - [ ] mediation
    - [ ] early neutral evaluation
    - [ ] settlement conference
    - [ ] briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    - [ ] discovery as follows: _____
    - [ ] other: _____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: 11/19/2020

*Haywood S. Gilliam Jr.*
United States District Judge Haywood S. Gilliam, Jr.