DAVID R. SIDRAN (SBN 121063)
THOMAS M. CROWELL (SBN 172799)
**SIDRAN LAW CORP**
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Tel: (925) 529-1350
Fax: (925) 529-1350

Attorneys for Defendant,
DAWNMARIE DELUCCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GREG BANKS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS, and ALEXIS AVALOS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS.

Plaintiffs,

v.

MICHAEL MORTIMER; RYAN WHITE; CITY OF ANTIOCH; DAWNMARIE DELUCCHI; and DOES 1-15

Defendants.

Case No.: 4:18-cv-07391-HSG

**ANSWER TO FIRST AMENDED COMPLAINT**

Complaint Filed: December 7, 2018
Trial Date: TBD

COMES NOW Defendant DAWNMARIE DELUCCHI (herein "Defendant"), by and through her attorneys, SIDRAN LAW CORP, and in answer to the First Amended Complaint, admit, deny, and allege as follows:

Defendant admits the contents of paragraphs 1-157 of the First Amended Complaint with the exception of paragraph 34.

As for paragraph 34, Defendant denies that she was notified of the lawsuit before it was filed or that she was invited to join the lawsuit as a plaintiff. Defendant admits the balance of the contents of paragraph 34 and consents to being realigned as a party plaintiff to this lawsuit rather than as a nominal defendant.

WHEREFORE, Defendant DAWNMARIE DELUCCHI requests entry of judgment in her favor as against Defendants MICHAEL MORTIMER, RYAN WHITE, CITY OF ANTIOCH, and DOES 1-15 inclusive, as follows

A. For compensatory damages in an amount to be shown according to proof at trial in the form of wrongful death damages under federal and state law.
B. For punitive damages against individual defendants in an amount to be proven at trial.
C. For statutory damages.
D. For interest.
E. For reasonable attorney's fees, including litigation expenses.
F. For costs of suit, and;
G. For such further relief as this Court may deem just and proper.

DATED: February 5, 2021

SIDRAN LAW CORP

By: ______________________________
DAVID R. SIDRAN
THOMAS M. CROWELL
Attorneys for Defendant
DAWNMARIE DELUCCHI

**PROOF OF SERVICE**

**Banks v. Mortimer, *et al.***
United States District Court Case No.: 4:18-cv-07391

I, the undersigned, am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is Sidran Law Corp 2010 Crow Canyon Place, suite 100 San Ramon, CA 94583

On **February 5, 2021**, I served the within:

**ANSWER TO FIRST AMENDED COMPLAINT**

| | |
|---|---|
| | **BY MAIL**: By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Ramon, California, to the person(s) at the address(es) as set forth below. |
| | **BY PERSONAL SERVICE**: By having a true copy thereof personally delivered to the person(s) at the address(es) as set forth below. |
| | **BY FACSIMILE:** By sending a copy from facsimile number (925) 529-1350 to the person(s) at the facsimile number(s) as set forth below. |
| | **BY OVERNIGHT DELIVERY**: By placing a true copy thereof enclosed in a sealed envelope, to be delivered by guaranteed overnight delivery with Federal Express, to the person(s) at the address(es) as set forth below. |
| **X** | **BY ELECTRONIC MAIL (E-MAIL)**: Via CM/ECF |

**PLEASE SEE SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **February 5, 2021**, in San Lorenzo, California.

KMithkeaw
Kharyl Mithkeaw

**SERVICE LIST**

**Banks v. Mortimer, *et al.***
United States District Court Case No.: 4:18-cv-07391

| ATTORNEYS FOR PLAINTIFF<br>*Gregory A. Banks and Alexis Avalos* | ATTORNEYS FOR DEFENDANT<br>*Michael Mortimer – Officer*<br>*City of Antioch* |
| --- | --- |
| Elinor Leary<br>Daniel Scoot Boord<br>The Veen Firm, P.C.<br>20 Haight Street<br>San Francisco, CA 94102<br>(415) 673-4800<br>Fax: (415) 771-5845<br>e.leary@veenfirm.com<br>d.boord@veenfirm.com | Noah G. Blechman<br>Cameren Neill Ripoli<br>McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP<br>3480 Buskirk Avenue, Suite 250<br>Pleasant Hill, CA 94523<br>(925) 939-5330<br>Fax: (925) 939-0203<br>noah.blechman@mcnamaralaw.com<br>cameren.ripoli@mcnamaralaw.com |
| ATTORNEYS FOR DEFENDANT<br>*David O. Livingston – coroner*<br>*Barry Grove – Deputy Atty*<br><br>D. Cameron Baker<br>Sharon Louise Anderson<br>Office of the County Counsel<br>County of Contra Costa<br>1025 Escobar Street, 3rd Floor<br>Martinez, CA 94553<br>925-655-2280<br>Fax: 925-655-2266<br>cameron.baker@cc.cccounty.us<br>Sharon.Anderson@cc.cccounty.us | |