# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GREG BANKS, et al.,

                Plaintiff(s)

v.

MICHAEL MORTIMER, et al.,

                Defendant(s)

CASE No C 18-cv-07391-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7) with The Honorable Laurel Beeler, or with the next available judge of the Court's choosing.
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: August 31, 2021

Date: 5/10/2021      /s/ Daniel Boord
                                    Attorney for Plaintiffs

Date: 5/10/2021      /s/ Noah Blechman     /s/ David R. Sidran
                                    Attorney for Defendants    Attorney for Defendant
                                    City of Antioch et al.       Dawnmarie Delucchi

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 5/11/2021

*Haywood S. Gill, Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019