ELINOR LEARY, NO. 227232
JACQUELINE K. OH, NO. 286089
DANIEL BOORD, NO. 332063
THE VEEN FIRM, P.C.
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
EL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFFS GREGORY BANKS AND ALEXIS AVALOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GREG BANKS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS; ALEXIS AVALOS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS; DAWNMARIE DELUCCHI,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MORTIMER; RYAN WHITE; CITY OF ANTIOCH; and DOES 1-15,<br><br>Defendants. | CASE NO. 4:18-cv-07391-HSG<br>Hon. Haywood S. Gillman, Jr.<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>First Amended Complaint Filed: Jan. 14, 2021 Trial Date: August 29, 2022 |

All parties, by and through their counsel of record, submit this joint statement wherein they stipulate as set forth below and hereby move this Court to modify the Amended Scheduling Order, entered on December 10, 2021. ECF 84. The parties stipulate that good cause exists to amend the operative scheduling order.

1. The operative scheduling order does not afford the parties adequate time to complete written discovery and the taking of all necessary depositions, despite the diligence of counsel and good-faith efforts of the parties to timely complete such discovery.

2. The current deadline to complete fact discovery is March 28, 2022. ECF 84 at 1:17.

3. On February 16, 2022, the Court granted Dawnmarie Delucchi's Motion for

Realignment as a plaintiff in this case. ECF 86.

4. On March 2, 2022, the defendants Michael Mortimer, Ryan White, and the City of Antioch ("Antioch defendants") electronically served first sets of Special Interrogatories and Requests for Production of Documents on Dawnmarie Delucchi. Her responses are not due until after the current fact discovery cutoff, but that parties are working in good faith to complete those discovery requests.

5. The Antioch defendants also seek to take the deposition of Ms. Delucchi. However, her deposition cannot meaningfully be taken until her discovery responses are served, after the current fact discovery cutoff.

6. The Antioch defendants will be prejudiced if they are not permitted to complete discovery to evaluate Ms. Delucchi's claims.

7. To date, the parties have diligently taken the depositions of Jennifer Caldwell, Arnold Josselson, M.D., Ryan White, Michael Mortimer, and Gregory Banks. The deposition of Alexis Avalos is scheduled and expected to be completed on March 23, 2022. Plaintiffs Gregory Banks and Alexis Avalos also initiated the deposition of Contra Costa County's persons most qualified ("PMQ"), and intend to complete that deposition as to the remaining PMQ witness(es).

8. All parties, by and through their counsel of record, have met and conferred and propose amending the operative scheduling order to allow brief extensions to complete the above discovery as follow:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | March 28, 2022 | April 28, 2022 |
| Exchange of Opening Expert Reports | April 11, 2022 | May 9, 2022 |
| Exchange of Rebuttal Expert Reports | April 25, 2022 | May 18, 2022 |
| Close of Expert Discovery | May 27, 2022 | June 10, 2022 |
| Dispositive Motion Hearing Deadline | June 16, 2022, at 2:00 p.m. | No change |
| Pretrial Conference | August 16, 2022, at 3:00 p.m. | No change |
| Jury Trial | August 29, 2022, at 8:30 a.m. | No change |

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

9. No party will be prejudiced by the above proposed extensions. The Court hearing deadlines remain unchanged.

10. The parties are amenable to a Status Conference call with the Court, if necessary, at a time that is most convenient for the Court, to discuss dates and deadlines.

11. Good cause exists to amend the operative scheduling order to allow the parties adequate time to conduct discovery and prepare their cases and defenses.

**IT IS SO STIPULATED.**

The undersigned attests that permission in the filing of this document has been obtained from the signatories below which shall serve in lieu of the actual signatures on the document(s).

DATED: March 22, 2022　　　　MCNAMARA, NEY BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Noah G. Blechman
Noah G. Blechman
Attorneys for Defendants CITY OF ANTIOCH, MICHAEL MORTIMER, and RYAN WHITE

DATED: March 22, 2022　　　　SIDRAN LAW CORP

By: /s/ David R. Sidran
David R. Sidran
Attorneys for Plaintiff DAWNMARIE DELUCCHI

DATED: March 22, 2022　　　　THE VEEN FIRM, P.C.

By: /s/ Daniel Boord
Elinor Leary
Daniel Boord
Attorneys for Plaintiffs GREG BANKS and ALEXIS AVALOS

**ORDER**

Pursuant to the parties' stipulation and for good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The scheduling order for this matter is hereby amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | March 28, 2022 | **April 28, 2022** |
| Exchange of Opening Expert Reports | April 11, 2022 | **May 9, 2022** |
| Exchange of Rebuttal Expert Reports | April 25, 2022 | **May 18, 2022** |
| Close of Expert Discovery | May 27, 2022 | **June 10, 2022** |
| Dispositive Motion Hearing Deadline | June 16, 2022, at 2:00 p.m. | **No change** |
| Pretrial Conference | August 16, 2022, at 3:00 p.m. | **No change** |
| Jury Trial | August 29, 2022, at 8:30 a.m. | **No change** |

**IT IS SO ORDERED.**

DATED:  3/23/2022

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

-4-

Case No. 4:18-cv-07391-HSG
STIPULATION AND ORDER TO AMEND SCHEDULING ORDER