ELINOR LEARY, NO. 227232
JACQUELINE K. OH, NO. 286089
DANIEL BOORD, NO. 332063
THE VEEN FIRM, P.C.
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
EL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFFS GREGORY BANKS AND ALEXIS AVALOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GREG BANKS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS; ALEXIS AVALOS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS; DAWNMARIE DELUCCHI,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MORTIMER; RYAN WHITE; CITY OF ANTIOCH; and DOES 1-15,<br><br>Defendants. | CASE NO. 4:18-cv-07391-HSG<br>Hon. Haywood S. Gillman, Jr.<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER ECF NO. 88**<br><br>First Amended Complaint Filed: Jan. 14, 2021<br>Trial Date: August 29, 2022 |

All parties, by and through their counsel of record, submit this joint statement wherein they stipulate as set forth below and hereby move this Court to modify the Amended Scheduling Order, entered on March 23, 2022. ECF 88. The parties stipulate that good cause exists to amend the operative scheduling order.

1. The operative scheduling order does not afford the parties adequate time to complete taking of all necessary expert depositions, despite the diligence of counsel and good-faith efforts of the parties to timely complete such discovery.

2. The current deadline to complete expert discovery is June 10, 2022. ECF 88

3. On February 16, 2022, the Court granted Dawnmarie Delucchi's Motion for

Realignment as a plaintiff in this case. ECF 86.

4. On May 9, 2022, the parties electronically served their expert disclosures, including reports.

5. On May 18, 2022, plaintiff electronically served his rebuttal expert disclosure, including report.

6. Following expert disclosures, the parties met and conferred concerning the deposition schedule in light of the pending motion for summary judgment scheduled for June 16, 2022 at 2:00 p.m. in Oakland, Courtroom 2. See ECF 89.

7. In light of the pending motion for summary judgment, the parties agree to take expert depositions following the hearing, after the current expert discovery cutoff.

8. All parties, by and through their counsel of record, have met and conferred and propose amending the operative scheduling order to allow brief extension to complete the above discovery as follow:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Expert Discovery | May 27, 2022 | July 8, 2022 |
| Dispositive Motion Hearing Deadline | June 16, 2022, at 2:00 p.m. | No change |
| Pretrial Conference | August 16, 2022, at 3:00 p.m. | No change |
| Jury Trial | August 29, 2022, at 8:30 a.m. | No change |

9. No party will be prejudiced by the above proposed extension. The Court hearing deadlines remain unchanged.

10. The parties are amenable to a Status Conference call with the Court, if necessary, at a time that is most convenient for the Court, to discuss dates and deadlines.

11. Good cause exists to amend the operative scheduling order to allow the parties adequate time to conduct discovery and prepare their cases and defenses as well as potentially save on litigation costs.

**IT IS SO STIPULATED.**

The undersigned attests that permission in the filing of this document has been obtained from the signatories below which shall serve in lieu of the actual signatures on the document(s).

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

DATED:  June _1_, 2022          MCNAMARA, NEY BEATTY, SLATTERY,
                                BORGES & AMBACHER LLP

                                By: _____/s/ Blechman, Noah G._____
                                    Noah G. Blechman
                                    Attorneys for Defendants CITY OF ANTIOCH,
                                    MICHAEL MORTIMER, and RYAN WHITE

DATED:  June _1_, 2022          SIDRAN LAW CORP

                                By: _____Sidran, David R._____
                                    David R. Sidran
                                    Attorneys for Plaintiff DAWNMARIE
                                    DELUCCHI

                                THE VEEN FIRM, P.C.
DATED:  June _1_, 2022

                                By: _____Oh, Jacqueline K._____
                                    Elinor Leary
                                    Daniel Boord
                                    Jacqueline K. Oh
                                    Attorneys for Plaintiffs GREG BANKS and
                                    ALEXIS AVALOS

## ORDER

Pursuant to the parties' stipulation and for good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The scheduling order for this matter is hereby amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Expert Discovery | May 27, 2022 | **July 8, 2022** |
| Dispositive Motion Hearing Deadline | June 16, 2022, at 2:00 p.m. | **No change** |
| Pretrial Conference | August 16, 2022, at 3:00 p.m. | **No change** |
| Jury Trial | August 29, 2022, at 8:30 a.m. | **No change** |

**IT IS SO ORDERED.**

DATED: __6/1/2022__

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge