NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
City of Antioch, Officers Michael Mortimer and Ryan White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BANKS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS, and ALEXIS AVALOS individually and as successor-in-interest of the ESTATE OF NATHAN BANKS; and DAWNMARIE DELUCCHI,, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICER MICHAEL MORTIMER; OFFICER RYAN WHITE; CITY OF ANTIOCH; and DOES 1-15, <br><br> Defendants. | Case No. C18-7391 HSG <br><br> **STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGEMENT HEARING** |

Plaintiffs Gregory Banks, Alexis Avalos, Dawnmarie Delucchi and Defendants City of Antioch, Officer Michael Mortimer and Officer Ryan White, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS per recent Order of the Court, the hearing on Defendants' pending Motion for Summary Judgment was taken under submission, then reset to June 23, 2022, at 2:00 p.m., per the urging of Plaintiffs' counsel for experience with oral argument.

2. WHEREAS Defendants' lead trial counsel, Noah G. Blechman, who will be arguing the motion, will be out of the area and unavailable on vacation from June 23, 2022 through and

1  including June 27, 2022, and will be on an airplane at the current hearing date and time on June
2  23rd.
3     3.   WHEREAS Defendants met and conferred with all counsel and all counsel have
4  agreed to continue this hearing to June 30, 2022.
5     4.   WHEREFORE, as good cause has been shown to continue the currently scheduled
6  hearing, the parties by and through their respective counsel, hereby stipulate and seek an Order
7  from the Court to continue the hearing to June 30, 2022, at 2:00 p.m.
8     IT IS SO STIPULATED
9     The parties attest that concurrence in the filing of these documents had been obtained from
10 each of the other signatories, which shall serve in lieu of their signatures on the document.

11 Dated: June 16, 2022          SIDRAN LAW CORP

13                                By:   /s/ Sidran, David
14                                      David R. Sidran
                                        Attorneys for Plaintiff Dawnmarie Delucchi

16 Dated: June 16, 2022          THE VEEN FIRM, P.C.

18                                By:   /s/ Boord, Daniel
                                        Elinor Leary
19                                      Daniel Boord
                                        Jacqueline K. Oh
20                                      Attorneys for Plaintiffs Greg Banks and Alexis Avalos

22 Dated: June 16, 2022          MCNAMARA, AMBACHER, WHEELER,
23                                HIRSIG & GRAY LLP

25                                By:   /s/ Blechman, Noah G.
                                        Noah G. Blechman
26                                      John J. Swafford
                                        Attorneys for Defendants
27                                      City of Antioch, Officers Michael Mortimer and Ryan
                                        White
28

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The motion for summary judgment hearing set for June 23, 2022 at 2:00 p.m., is hereby continued to June 30, 2022 at 2:00 p.m.

**IT IS SO ORDERED**

Dated: 6/17/2022

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge