NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone:  (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants, City of Antioch
Officers Michael Mortimer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BANKS, individually and as successor-in-interest of the ESTATE OF NATHAN BANKS, and ALEXIS AVALOS individually and as successor-in-interest of the ESTATE OF NATHAN BANKS; DAWNMARIE DELUCCHI, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICER MICHAEL MORTIMER; OFFICER RYAN WHITE; CITY OF ANTIOCH; and DOES 1-15, <br><br> Defendants. | Case No. C18-7391 HSG <br><br> **STIPULATION AND ORDER DISMISSING OFFICER MICHAEL MORTIMER, WITHOUT PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of Defendant OFFICER MICHAEL MORTIMER from this action, without prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

1  Dated:  October 6, 2022          SIDRAN LAW CORP

2                                   By:   /s/ Sidran, David

3                                         David R. Sidran
                                          Attorneys for Plaintiff Dawnmarie Delucchi
4

5  Dated:  October 6, 2022          THE VEEN FIRM, P.C.

6                                   By:   /s/ Boord, Daniel

7                                         Elinor Leary
                                          Daniel Boord
8                                         Jacqueline K. Oh
                                          Attorneys for Plaintiffs Greg Banks and Alexis Avalos
9

10 Dated:  October 6, 2022          MCNAMARA, AMBACHER, WHEELER,
                                    HIRSIG & GRAY LLP
11

12                                  By:   /s/ Blechman, Noah G.
                                          Noah G. Blechman
13                                        John J. Swafford
                                          Attorneys for Defendants
14                                        City of Antioch, Officer Michael Mortimer

15

16                              **ORDER**

17 **PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

18          The Court hereby dismisses Defendant OFFICER MICHAEL MORTIMER, without

19 prejudice, as to all claims alleged by Plaintiffs.  Each party to bear its own fees and costs as to this

20 dismissal.

21 **IT IS SO ORDERED**

22

23 Dated:  10/6/2022

24                                  By:   _Haywood S. Gill Jr._

25                                        HAYWOOD S. GILLIAM, JR.
                                          UNITED STATES SENIOR DISTRICT JUDGE

26

27

28

STIPULATION AND ORDER DISMISSING OFC.                    2
MORTIMER, WITHOUT PREJUDICE-C18-7391 HSG